# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARTIN ORDONEZ CUELLO,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY,

Respondent.

Case No. 1:26-cv-03176-JLT-SAB-HC

ORDER FOR SUPPLEMENTAL BRIEFING

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 29, 2026, Respondent filed a response stating that "Respondents recognize that the majority of judges in the Eastern District of California have rejected the argument but maintain that Petitioner is an 'applicant for admission' who is subject to mandatory detention by ICE under 8 U.S.C. § 1225(b)(2)(A)." (ECF No. 7 at 1.) The response does not address the petition's assertion that Petitioner "has a pending bona fide application for a U-Visa (Form I-918) and has been granted deferred action status." (ECF No. 1 at 4.)

The Court finds that supplemental briefing and expansion of the record regarding Petitioner's bona fide application for a U-Visa (Form I-918) and deferred action status will be helpful in this matter.

///

1

Accordingly, the Court HEREBY ORDERS that:

1.  Within **fourteen (14) days** of the date of service of this order, Respondent SHALL FILE a supplemental response and all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues set forth above and raised in the petition; and

2. Within **fourteen (14) days** of the date of service of Respondent's supplemental response, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated:   **May 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge