# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ORDONEZ CUELLO, | Case No. 1:26-cv-03176-JLT-SAB-HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO UPDATE PETITIONER'S ADDRESS |
| v. | |
| WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, | ORDER DIRECTING RESPONDENT TO RE-SERVE SUPPLEMENTAL BRIEF ON PETITIONER AT UPDATED ADDRESS AND FILE CERTIFICATE OF SERVICE |
| Respondent. | |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 6, 2026, the Court ordered the parties to submit supplemental briefing. (ECF No. 9.) On May 15, 2026, the Court ordered Respondent to file a notice of Petitioner's current custody and immigration status. (ECF No. 15.)

On May 15, 2026, Respondent filed a notice indicating that "Petitioner's immigration status is unchanged. He remains detained and in immigration custody at Central Valley Annex,[1] a facility that is still within the jurisdiction of the Eastern District of California." (ECF No. 16.) On May 18, 2026, Respondent filed a supplemental brief, but the certificate of service states that the brief was served on Petitioner via mail addressed to the California City Detention Facility. (ECF No. 17 at 4.[2])

---

[1] It appears Petitioner was transferred to a different facility within this District because the address on file with the Court is the California City Detention Facility.

[2] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

Accordingly, the Court HEREBY ORDERS that:

1.  The clerk of Court is DIRECTED to update Petitioner's address to:

> Central Valley Annex
> 254 Taylor Avenue
> McFarland, CA 93250

2.  Within two (2) days of the date of service of this order, Respondent SHALL re-serve the supplemental brief (ECF No. 17) on Petitioner at his current address and file a certificate of service with the Court.

IT IS SO ORDERED.

Dated:    **May 19, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2